UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SELECT REHABILITATION, LLC,                                        Plaintiff,

v.                                                Civil Action No. 3:24-cv-241-DJH

HUGHES HEALTH & REHABILIATION, INC.,                                Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 32) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.

April 17, 2025

**David J. Hale, Judge**
**United States District Court**

1